**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 13-8702-JFW (FFMx)**                                             Date: October 21, 2014

Title:    Bulgarian-American Cultural Educational Society of California -v- City of Los Angeles, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED AND THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO CONDUCT SETTLEMENT CONFERENCE

In the Court's May 8, 2014 Scheduling and Case Management Order ("CMO"), the Court set September 2, 2014 as the last day to conduct a Settlement Conference, and September 9, 2014 as the last day to file a Joint Report Re: Results of Settlement Conference.  The parties have violated the Court's order by failing to file the Joint Report re: Results of Settlement Conference on or before September 9, 2014, and presumably by failing to complete the Settlement Conference by the Court ordered deadline of September 2, 2014.

Accordingly, the parties are ordered to show cause in writing by **October 27, 2014** why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for their violation of the Court's order and why this action should not be dismissed.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr